UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ANITA MEADOWS

    Plaintiff,

V.                              CIVIL ACTION NO.

                                1:12-cv-02213-CCB

CONVERGENT HEALTHCARE RECOVERIE, INC.
.

Defendant.                     December 5, 2012

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Michael W. Kennedy stipulates that the claims in the above-entitled action shall be dismissed without prejudice and without costs, subject to approval of the Court.

                                                THE PLAINTIFF

                                                BY/S/Michael W. Kennedy
                                                Michael W. Kennedy, Esquire
                                                The Kennedy Law Firm
                                                1204 Main Street, Suite 176
                                                Branford, CT 06405
                                                MD Bar No: 29935
                                                203-481-4040
                                                Fax: 443-440-6372
                                                Email: mwk550@yahoo.com

## *CERTIFICATION*

I hereby certify that on 12/5/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy